**Order entered October 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00693-CV

## IN THE INTEREST OF M. T., MINOR CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-06-08087**

## ORDER

Before the Court is appellant's October 1, 2013 motion for leave to amend appellant's notice of appeal and file a supplemental brief. We **GRANT** appellant's motion. The amended notice of appeal and supplemental brief received by the Court on October 1, 2013 are **ORDERED** filed as of the date of this order..

/s/    ELIZABETH LANG-MIERS
         JUSTICE